WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
MICHAEL J. FICA, IDAHO STATE BAR NO. 5634
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166

U.S. COURTS

AUG 28 2013

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN RAMON YUEN-RODRIGUEZ;<br>JOSE FABIAN FELIX-BURGOS;<br>JESUS BURGOS;<br>JOSE GUADALUPE JUAREZ;<br>ANTHONY JUAREZ; and<br>ALEXANDER VILLASENOR,<br><br>Defendants. | Case No. CR 13-0219-E BLW<br><br>INDICTMENT<br><br>18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute a Controlled Substance**
**21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)**

From on or about December 2012, through on or about August 14, 2013, within the District of Idaho, and elsewhere, the defendants **JUAN RAMON YUEN-RODRIGUEZ; JOSE FABIAN FELIX-BURGOS; JESUS BURGOS; JOSE GUADALUPE JUAREZ; ANTHONY JUAREZ;** and **ALEXANDER VILLASENOR**, and others both known and unknown, did knowingly and intentionally combine, conspire, confederate and agree with other persons both known and unknown to the Grand Jury to possess with intent to distribute and

INDICTMENT - 1

distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

## COUNT TWO

### Possession With Intent To Distribute a Controlled Substance
### 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2

On or about June 24, 2013, in the District of Idaho, the defendant, **ANTHONY JUAREZ**, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

### Possession With Intent To Distribute a Controlled Substance
### 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2

On or about July 24, 2013, in the District of Idaho, the defendants **JUAN RAMON YUEN-RODRIGUEZ, JOSE GUADALUPE JUAREZ,** and **ANTHONY JUAREZ**, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

### Possession With Intent To Distribute a Controlled Substance
### 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2

On or about August 1, 2013, in the District of Idaho, the defendants **JUAN RAMON YUEN-RODRIGUEZ** and **JOSE FABIAN FELIX-BURGOS**, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a

INDICTMENT - 2

detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

**Possession With Intent To Distribute a Controlled Substance
21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2**

On or about August 14, 2013, in the District of Idaho, the defendants **JUAN RAMON YUEN-RODRIGUEZ, JOSE FABIAN FELIX-BURGOS,** and **JESUS BURGOS**, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

DATED this 27 day of August, 2013.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By: [signature]
Michael J. Fica
Assistant United States Attorney

INDICTMENT - 3