# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
JESUS BURGOS

**WARRANT FOR ARREST**

CASE NUMBER: 4:13-cr-219-BLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JESUS BURGOS and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

21 U.S.C. § 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Distribute a Controlled Substance

21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. 2 - Possession with Intent to Distribute a Controlled Substance

Sunny Trumbull, Deputy Clerk
Name and Title of Issuing Officer

August 28, 2013
Date

---

## RETURN

This warrant was received 08/29/2013 and executed with the arrest of the above-named individual at Mini-Cassia Criminal Justice Center, ID.

_____
Signature of Arresting Officer

08/29/2013
Date of Arrest

For Chris Davis, DEA
Name & Title of Arresting Officer

U.S. COURTS
SEP 0 6 2013
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO